We'll hear the next case on the calendar, Rodriguez v. Family Justice Centers. Hello. Hi, this is Natalie Rodriguez. You have not asked for rebuttal time, right? So you just want your time now, correct? Well, I would ordinarily want rebuttal time, but it sounds like the defending attorney is just submitting her papers. Correct me if I'm wrong. I think that Ms. Carlin is present, and is ready to argue. But why don't we hear, is that correct? Yes, I was planning on submitting unless the Okay. So, Ms. Rodriguez, you can just proceed. Okay. First of all, I want to thank the judges for taking the time to review this case and the issue that I raised regarding the Family Justice Center. To touch base on the response to my appeal, first of all, Carlin asked a state about what motivates the Family Justice Center. That were unclear as to whether they were discriminatory, and what motivated the discrimination. They said that that becomes unclear both in my appeal and in the Family Justice Center's And I want to raise the question as well. What does motivate the Family Justice Center? I would argue that the mission statement that they have in their promotional materials, and as they describe their organization, is their motivation. They are supposed to provide and are motivated to provide services to support the prevention of domestic violence, and to combat it when it's occurring. And in the case of Rodriguez versus the Family Justice Center, myself, Rodriguez, addresses the fact that they did not provide any services whatsoever. They claimed to assist with orders of protection, legal advice, housing if necessary, additional services, and now apparently they've had even job searching assistance. And myself had appeared several times in two different locations in Queens and Manhattan to the Family Justice Center, at times in which there were other individuals in the waiting room, and times where there was nobody in the office for over an hour. And she was turned away each and every time, despite expressing her distress over understanding that the issue of domestic violence is much larger than herself. That she was in need of advocacy and some legal assistance because she felt like law enforcement was not addressing the issue she understood from research. That's not unknown of the NYPD to have even had their own task force, in which they have self-admitted to not addressing the issue appropriately or with the proper training and insight, and often do appear to become negligent to individuals. In the case of Rodriguez and I, myself, identified that there was some conflict of interest in her community with regards to the police officers, who seemingly knew some of the individuals in which she was complaining about. So she understood if they put them in a funny position. She does understand from having done public service herself that that shouldn't have, the conflict should not have, their professionalism still should arose to the occasion. But there seems to have been levels of bias in which they were being discredited, Rodriguez and myself, on a number of occasions, purposely not looking at evidence of domestic violence. And so I, myself, went to the Family Justice Center as an alternative to direct law enforcement because of the conflict of interest. And I was turned away on several occasions. I understand that, I believe that the Family Justice Center does not owe anybody anything, in theory. I argue that it's unconstitutional if they're unequally protecting me, as their data suggests, that they are disproportionately servicing those either not born in the United States or those whose native language is English. And that niche servicing is not indicated on their promotional materials up front. And not providing a service prevents these ones to question whether the mission statement is fraudulent, whether they're receiving a private and public funding is under fraudulent pretenses, and whether there is a more optimal organization to fund when domestic violence results by not addressing issues of domestic violence, it leads to healthy citizens, productive citizens, very active citizens in being re-victimized, stigmatized, and marginalized in society unnecessarily. And that creates not only civil rights issues, but I would even argue human rights issues that can be prevented. And there's all sorts of complications with domestic violence, I guess, fighting for the grip, trying to control one's image, obstructing people economically, unnecessary health care damages. It becomes a very expensive endeavor that one would like to think that a government and funded government organizations like to prevent. You'll have, you'll have Ms. Rodriguez, you have one minute left in your time, just so that you know. All right. So the turning away of Rodriguez on two occasions, including the times in which there was nobody else in the room, I believe was consciously shocking, just because it led to a lot of human rights, human rights issues that could have been like, economically obstructing Rodriguez and putting her in unsafe situations. And if we turn to the question, how much does an American or a non-American have to lose in order for health-wise, safety-wise, civil rights-wise, economic-wise, in order to have an alternative to law enforcement? Lastly, what is the criteria for domestic violence? I use the wheel of abuse. There seems to be no set criteria for the Family Justice Center as to what domestic violence is created in-house. And that seems to be lacking. I know that the other side brought up issues of whether there was a timely complaint, whether there was an actual claim of event. I believe that my complaint, my appeal, my response to their response, all addresses that we started. The claim was started in December of 2017, continued in January 2018. A summons and complaint was drawn in 2018. The case was moved over to the federal courts by I enforcer, the original lawyer on the case. There was a decision made in 2019. It was a chance to amend the complaint. I described what the obstruction was, and that I did not realize that I could turn in an amended complaint after not being able to physically get down to the courthouse and submit. And so I addressed it in an appeal because I do believe it is not only an issue that affects me, but affects a lot of Americans here in the United States. And speaking with government officials in Albany, they do realize that there is a lot more advocacy that needs to happen because there's some level of systemic discrimination that does exist for stigmatization of those who deal with domestic violence, especially when the victim is a female and which are some human rights, civil rights issues with regards to females as part of the reason why civil rights act and exist. You're substantially over your time, which we were pleased to give. My pleasure. Colleagues have any questions? I have no questions. Thanks. Okay. If no, no further questions. My understanding is Ms. Carlin, you are going to rest on your briefs. Yes, unless the court has any questions for the city. No questions for me. Anyone else? No, I have no questions. Thank you. Okay. Thank you. So thank you both. And the court will reserve decision.